# United States District Court
## Southern District of Georgia
### Brunswick Division

FILED U.S. DISTRICT COURT AUGUSTA DIV. 2007 OCT -4 A 11:32 CLERK SO. DIST. OF GA.

JUDY WILLIAMS-MASON   \*

  \*   CASE NUMBER   CV 206-124

vs   \*

RELIANCE STANDARD LIFE INSURANCE   \*
COMPANY and DELPHI FINANCIAL
GROUP

  \*

  \*

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby dismissed with prejudice subject to the right, upon good cause shown within sixty (60) days, to reopen the action for the sole purpose of enforcing the settlement.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this order, by United States mail, upon the attorneys of record for the parties appearing in this cause.

**SO ORDERED**, this ___4___ day of ___October___, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA